**Electronically Filed
Supreme Court
SCWC-17-0000517
19-MAY-2020
08:12 AM**

SCWC-17-0000517

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

IN THE MATTER OF THE SHIRLEY S. TANIGUCHI TRUST,
DATED DECEMBER 27, 2002, AS AMENDED

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000517; TRUST NO. 17-1-0040)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Toʻotoʻo, in place of Pollack, J., recused)

Petitioner/Respondent-Appellant Paula E. Taniguchi's
application for writ of certiorari filed on April 7, 2020, is
hereby rejected.

DATED:  Honolulu, Hawaiʻi, May 19, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Faʻauuga L. Toʻotoʻo

